

Ogletree
Deakins
ATTORNEYS AT LAW

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

10 Madison Avenue
Suite 402
Morristown, New Jersey 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

March 13, 2006

**BY ELETRONIC FILING**
**& U.S. MAIL**

The Honorable Denis R. Hurley, U.S.D.J.
United States District
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

**Re:** ***Nelson Hocker v. ADT Security Service, Inc. and Sam Brunetti***
**Civil Action No.: 05-5225 (DRH) (JO)**

Dear Judge Hurley:

We represent defendants ADT Security Service, Inc and Sam Brunetti in the above-referenced matter. I write to advise the Court that the parties have resolved this matter. Accordingly, this case should be taken off the Court's calendar.

Respectfully submitted,

OGELTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Jennifer Rygiel-Boyd

JRB:jb

cc: John J. Leo, Esq. (by electronic filing)
The Honorable James Orenstein, U.S.M.J. (by electronic filing)

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Columbia, SC • Dallas, TX • Greensboro, NC • Greenville, SC • Houston, TX • Indianapolis, IN
Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Phoenix, AZ • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Washington, DC
**A South Carolina Professional Corporation**
Patrick M. Stanton New Jersey Managing Shareholder

bcc: Ms. Kelly Tirik (by email)
Mr. Sam Brunetti (by email)
Brian D. Lee, Esq.