UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

Nelson Hocker

                plaintiffs

V.S.                                 Order of Discontinuance

2:05-cv-05225-ENV-JO

ADT Security Services, Inc. et al

                defendants
- - - - - - - - - - - - - - - - - -x

**VITALIANO, D.J.**

The Court having been advised that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED

DATED:   Brooklyn, New York
           April 3, 2006

                                ERIC N. VITALIANO,
                                U.S.D.J.